AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
7/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 3 0 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America

Plaintiff

v.

Ricardo Lopez Jaramillo,

Defendant

Case No.  2:25-MJ-04758-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Michael Flynn, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 21, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Michael Flynn, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  7/30/2025

Judge's signature

City and state:  Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
Printed name and title

SAUSA: Chris Mills X13819

## AFFIDAVIT

I, Michael Flynn being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for RICARDO LOPEZ JARAMILLO also known as "SHARKY" ("defendant"), charging him with violating Title 8, United States Code, Section 1326(a), (b)(2), Illegal Alien Found in the United States Following Removal.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER MICHAEL FLYNN

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since February 2021. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about July 21, 2025, ICE/ERO Deportation Officers assigned to the Foreign Fugitive Unit (FFU), United States Marshal Service (USMS) Task Force received information that defendant, a previously deported felon, was back in the United States.

5. On or about July 18, 2025, at approximately 7:25pm Pasadena Police Department (PPD), Street Crime Unit (SCU) Detective Cardenas #1268 and Detective Vincent #8981 were on patrol near 840 N. Euclid Ave. Pasadena CA 91104 a known gang location of the "Villa Boys Pasadena" (VBP) criminal street gang. PPD Detectives were heading northbound on Euclid Ave. when they observed a male subject described as 5'10", 230lbs, short hair, wearing a T-shirt, shorts and distinctive tattoo above the left eyebrow and face, standing on the public sidewalk, east curbline in front of the location. Detective Vincent and Detective Cardenas recognized the defendant, RICARDO LOPEZ JARAMILLO also known as "SHARKY," a known felon and previously deported alien, because they personally arrested him on September 20, 2024. PPD Detectives conducted a U-turn to contact defendant but were unable to locate him.

 

(2024 PPD arrest)            (2024 ERO removal)

6. On or about July 29, 2025, I conferred with other law enforcement officers, including DHS personnel, and reviewed records associated to defendant that are contained in DHS indices. I learned the following about defendant's immigration history:

    a. Defendant is a citizen and national of MEXICO.

    b. On or about December 6, 2005, defendant was ordered removed from the United States to MEXICO by an Immigration Judge. On or about December 28, 2005, June 28, 2007, June 04, 2010, December 07, 2022, and September 28, 2024, defendant was physically removed from the United States to Mexico.

    c. The defendant was convicted, on or about May 22, 1996, of Robbery First Degree, an aggravated felony, in violation of California Penal Code § 211, in the Superior Court of California, County of Los Angeles, Case Number GA027458-01, for which defendant was sentenced to a total term of three years prison.

    d. The defendant was convicted, on or about June 11, 1998, of Robbery First Degree, an aggravated felony, in violation of California Penal Code § 211, in the Superior Court of California, County of Los Angeles, Case Number XNE-GA035139-01, for which defendant was sentenced to a total term of nine years prison.

    e. The defendant was convicted, on or about September 10, 2007, of three counts of Illegal Entry, in violation of 8 U.S.C. § 1325, in the United States District

Court, Southern District of California, Case Number 07CR2028-GT, for which defendant was sentenced to a total term of 36 months prison.

       f.   There is no record of any application nor permission from the Secretary of Homeland Security or the U.S. Attorney General to re-enter the United States since defendant's most recent removal. Based upon my training and experience, as well as the training and experience of other law enforcement personnel involved in this investigation, I know that a record reflecting such application or permission would ordinarily be found within the DHS indices I reviewed.

## IV. CONCLUSION

7.   For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Section 1326(a), (b)(2), Illegal Alien Found in the United States Following Removal.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 30th day of July
2025.

_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

4